FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

99 JUN 14 AM 9:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
JUN 14 1999

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CV 99-C-0875-E |
| LEVON BLACK, | ) |
| Defendant. | ) |

FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant, Levon Black, pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1.   The Summons and Complaint were served upon Defendant on April 20, 1999; Defendant has failed to appear, plead, or otherwise defend.

2.   Defendant, Levon Black, is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3.   Defendant, Levon Black, is indebted to Plaintiff in the principal sum of $8,000.95, court costs of $150.00 pursuant to 28 U.S.C. § 2412 (a)(2), U. S. Marshal costs of $71.00, accrued interest of $1,632.68 as of June 8, 1999, plus

interest at the prevailing legal rate from the date of judgment.

    4.   Plaintiff is due to recover from Defendant, Levon Black, the sum of $9,854.63, plus interest hereafter at the prevailing legal rate per annum until paid in full, plus any additional costs. An abstract of judgment will be entered accordingly.

    Done this the ____14th____ day of June, 1999.

_____
UNITED STATES DISTRICT JUDGE